**DISMISS; Opinion Filed March 28, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00071-CR**

**ARCHIE LESEAN WILLIAMS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-50816-T**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans
Opinion by Justice Lang

Archie Lesean Williams was convicted, following the adjudication of his guilt, of felony assault involving family violence. Pursuant to a plea agreement at the adjudication hearing, the trial court sentenced appellant to three years' imprisonment. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Accordingly, we dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130071F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ARCHIE LESEAN WILLIAMS, Appellant

No. 05-13-00071-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F11-50816-T.
Opinion delivered by Justice Lang, Justices Francis and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 28th day of March, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE